**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

**CASE NO. 26-11970-J**

**FRANK E. POLO, SR.,**

Appellant,

v.

**CLERK OF THE CIRCUIT COURT AND**
**COMPTROLLER OF MIAMI-DADE COUNTY,**
**et al,**

Appellees.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
DOCKET NO. 25-cv-26058-DPG

---

**EXPEDITED MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Eleventh Circuit Rule 31-2, Appellee SCOTT M. BERNSTEIN (hereinafter the "Appellee"), by and through undersigned counsel, respectfully moves this Court for an extension of time to file Appellee's Answer Brief and states as follows:

1. Appellant has filed his Initial Brief raising numerous issues concerning quasi-judicial immunity, prospective relief under 42 U.S.C. § 1983, dismissal of a paid-fee action, denial of leave to amend, reconsideration under Rule 54(b), and related procedural and constitutional questions.

2. Appellee requires additional time to thoroughly review the record, analyze the issues raised on appeal, evaluate the authorities cited by Appellant, and prepare a comprehensive response that will assist the Court in resolving the issues presented.

4. Counsel for Appellee is currently engaged in other professional obligations that materially affect counsel's ability to complete the brief within the current deadline.

5. This request is made in good faith and not for purposes of delay.

6. The requested extension will not unduly prejudice Appellant, and granting the extension will promote the orderly and efficient presentation of the issues on appeal.

7. Appellee respectfully requests an extension of 30 days, through and including October 16, 2026, within which to file his Answer Brief.

8. Because the current briefing deadline is imminent, Appellee respectfully requests expedited consideration of this motion.

WHEREFORE, Appellee respectfully requests that this Court grant this Expedited Motion for Extension of Time and extend the deadline for filing Appellee's Answer Brief through and including October 16, 2026, together with such other and further relief as the Court deems just and proper.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL
/s/ Martha C. Hurtado
Martha C. Hurtado, Esq.
Chief Assistant Attorney General

Florida Bar No. 103705
Office of the Attorney General
110 S.E. 6th Street, 10th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-712-4600
Facsimile: 954-527-3702
Martha.Hurtado@myfloridalegal.com
Attorney for Appellee

## CERTIFICATE OF CONFERRAL

I HEREBY CERTIFY that on September 11, 2026, I emailed Appellant Polo who objects to the requested extension of time.

/s/ Martha C. Hurtado
Martha C. Hurtado, Esq.
Chief Assistant Attorney General

## CERTIFICATE OF COMPLIANCE WITH TYPEFACE REQUIREMENTS AND TYPE-STYLE REQUIREMENTS

I HEREBY CERTIFY that this document complies with Rule 27(d) Federal Rules of Appellate Procedure because it complies with the typeface and type style requirements of Rule 32(a)(5) and Rule 32(a)(6).

/s/ Martha C. Hurtado
Martha C. Hurtado, Esq.
Chief Assistant Attorney General

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed using the CM/ECF system on September 11, 2026. Notice of this filing will be sent to the pro se Appellant and all counsel of record through the CM/ECF system.

/s/ Martha C. Hurtado
Martha C. Hurtado, Esq.
Chief Assistant Attorney General