In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-11970

---

FRANK E. POLO, SR.,

*Plaintiff-Appellant,*

*versus*

CLERK OF THE CIRCUIT COURT AND
COMPTROLLER OF MIAMI-DADE COUNTY,
in his official capacity,
SCOTT MARCUS BERNSTEIN,
in his personal capacity,
ST. THOMAS UNIVERSITY, INC.,
MANUEL A SEGARRA, III,
MERLIN HERNANDEZ, et al.,

*Defendants-Appellees.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-26058-JEM

---

ORDER:

The motions for an extension of time file Appellees' response briefs are GRANTED.

Appellees' briefs are due on or before October 16, 2026, with the appendix, if any, due 7 days after the filing of the briefs.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE